2:19-cv-02208-MMM    # 1    Filed: 07/30/19    Page 1 of 2

19-2208

E-FILED
Tuesday, 30 July, 2019 10:00:14 AM
Clerk, U.S. District Court, ILCD

FILED
JUL 30 2019

To whom it may concern,

My name is Michael A.D. Gross,

I would like to file a lawsuit on Vermilion County, IL for reasons:

1.) On November 18th, 2014, I was convicted of a "Criminal Sexual abuse -AGE- Class A Misdemeanor," in case #14JD62. On my S.O.R.A papers, it states my charge as, Quote, "Criminal Sexual Assault - CANT CONSENT," which is a class 2 felony, as an adult. I, on the other hand, was charged as a Juvenile Delinquent.

I feel my constitutional rights were violated along with mental and physical ridicule that I've gotten over a course of five years over this. In Judiciary transcripts, it also states that Judge Claudia Anderson sentenced me that day for a Criminal Sexual Abuse -AGE- Class A Misdemeanor, Not a Criminal Sexual Assault - Class 2 Felony.

→

2.) Also, in the Judiciary transcripts, it states that I was sentenced to 12 months probation, 2 years to register as a sex offender. I've been registering for 5 years now because Judge Claudia Anderson did not tell me that I had to petition to get off the registry.

I feel my constitutional rights were violated in section 2, also.

I'm asking to whom it may concern to take reasons 1 & 2 into consideration for a lawsuit on Vermilion County, IL. Also, I'm asking for a "Forma Pauperus" form to waive filing fee. Thank you.

P.S., I'd like to be presented by "District Court Counsel".

Michael Gross